**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-03067-WJM-BNB

JAMES BUCHANAN,

    Plaintiff,

v.

ROYAL OAK FINANCIAL SERVICES INC., d/b/a CRB

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION AND GRANTING
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

---

This matter is before the Court on the February 14, 2012 Recommendation by United States Magistrate Judge Boyd N. Boland that Plaintiff's Motion for Default Judgment (ECF No. 13) be granted and that judgment be entered in favor of Plaintiff and against Defendant. (ECF No. 16.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 16 at 4-5.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have been filed. Defendants still have yet to appear in this case. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t

does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

The Court concludes that the Magistrate Judge's analysis and recommendation is correct and that "there is no clear error on the face of the record."  *See* Fed. R. Civ. P. 72(b) advisory committee's note.  Therefore, the Court hereby ADOPTS the Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is hereby ORDERED as follows:

1. The Recommendation of the United States Magistrate Judge (ECF No. 16), filed February 14, 2012, is ACCEPTED;

2. Plaintiff's Motion for Default Judgment (ECF No. 13) is GRANTED;

3. The Clerk shall enter judgment in favor of Plaintiff in the following amount:

    Statutory damages: $1,000.00
    Attorneys' fees:     $2,437.50
    TOTAL              $3,437.50

4. Upon the filing of a bill of costs, Plaintiff shall be awarded his costs.

Dated this 6th day of March, 2012.

BY THE COURT:

William J. Martínez
United States District Judge